IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA I. BURNETT                                                PLAINTIFF

v.                       CASE NO. 2:18-CV-2207

ANDREW M. SAUL, Commissioner,
Social Security Administration                                DEFENDANT

## **JUDGMENT**

      Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

      IT IS SO ADJUDGED this January 10, 2020.


*/s/ P. K. Holmes* III
    P. K. HOLMES III
    U.S. DISTRICT JUDGE